431 Audubon LLC, Petitioner-Landlord-Respondent,
against
Rosa Jiminian, Respondent-Tenant-Appellant, and Ashley Garcia, Respondent-Undertenant.



Tenant appeals from an amended order of the Civil Court of the City of New York, New York County (Heela D. Capell, J.), dated August 15, 2018, which denied her motion to stay execution of the warrant of eviction in a holdover summary proceeding.




Per Curiam.
Amended order (Heela D. Capell, J.), dated August 15, 2018, reversed, without costs, tenant's motion to stay execution of the warrant of eviction is granted, and the probationary period under the parties' stipulation is extended through December 31, 2019.
In the particular circumstances of this case, including the long-term (36-year) stabilized tenancy, the presence of minor children in the apartment (see 1240 Sheva Realty Assoc., LLC v Ramos, 51 Misc 3d 143[A], 2016 NY Slip Op 50692[U] [App Term, 1st Dept 2016]), the indigent tenant's in-court showing that she possessed the full rent arrears then due landlord and, significantly, the documentary proof showing that, after a bureaucratic delay, tenant's share of the rent has been prospectively reduced by the FHEPS program from $653.68 to $253.93, an affordable sum relative to her income, we favorably exercise our discretion to stay execution of the warrant of eviction (see Harvey 1390 LLC v Bodenheim, 96 AD3d 664 [2012]; see also 2246 Holding Corp. v Nolasco, 52 AD3d 377 [2008]).
We note that tenant's attorney consented at oral argument to an extension of the probationary period.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: February 19, 2019